518 A.2d 1145

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Michael T. McCONVILLE, Respondent.

Supreme Court of Pennsylvania.

Nov. 21, 1986.

Petition for Allowance of Appeal GRANTED, No. 1 E.D. Appeal Docket 1987.